JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN, et al., | Case No. CV 19-3273 FMO (MAAx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| MAMMOTH CREATIONS, LLC, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Motion for Default Judgment, IT IS ADJUDGED THAT:

1. Judgment is hereby entered in favor of plaintiffs Producer-Writers Guild of America Pension Plan, Board of Directors of the Producer-Writers Guild of America Pension Plan, Writers' Guild-Industry Health Fund, and Board of Trustees of the Writers' Guild-Industry Health Fund, and against defendants Mammoth Creations, LLC and Todd Courtney.

2. Defendants Mammoth Creations, LLC and Todd Courtney, jointly and severally, shall pay plaintiffs the total amount of $12,206.46.

3. Plaintiffs shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 6th day of January, 2020.

/s/
Fernando M. Olguin
United States District Judge