George M. Kraw (California Bar No. 71551)
Katherine McDonough (California Bar No. 241426)
Jessica N. Melgar (California Bar No. 311575)
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile: 650-314-7899
gkraw@kraw.com
kmcdonough@kraw.com
jmelgar@kraw.com

Attorneys for:
Producer-Writers Guild of America Pension Plan;
Board of Directors, Producer-Writers Guild of America Pension Plan;

Writers' Guild-Industry Health Fund; and
Board of Trustees, Writers' Guild-Industry Health Fund

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN; BOARD OF DIRECTORS OF THE PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN,<br><br>and<br><br>WRITERS' GUILD-INDUSTRY HEALTH FUND; BOARD OF TRUSTEES OF THE WRITERS GUILD-INDUSTRY HEALTH FUND,<br><br>Plaintiffs,<br><br>v.<br><br>MAMMOTH CREATIONS, LLC, California State Limited Liability Company,<br><br>And | Case No.: 2:19-cv-03273-FMO-MAA<br><br>**NOTICE OF SETTLEMENT** |

TODD COURTNEY,
An Individual,

Defendants.

Petitioners, PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN; BOARD OF DIRECTORS OF THE PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN, hereby notifies the Court that it has reached a settlement with Respondents MAMMOTH CREATIONS, LLC, a California State Limited Liability Company, and, TODD COURTNEY, an Individual and Resident of California. Payment for the judgment in full was made on January 28, 2020. Plaintiffs are currently waiting on clearance of the payment with the corresponding bank. Upon clearance of payment from the Respondents, Petitioners will file its Satisfaction of Judgment with the Court.

Respectfully submitted,

Date: January 29, 2020

KRAW LAW GROUP, APC.

_/s/Jessica N. Melgar___________
Jessica N. Melgar
*Counsel for Plaintiffs*