EJ-100

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*:
After recording, return to:
George M. Kraw (California Bar No. 71551)
Katherine McDonough (California Bar No. 241426)
Jessica N. Melgar (California Bar No. 311575)
Kraw Law Group, APC
605 Ellis Street, Suite 200 Mountain View, California 94043
TEL NO.: 650-314-7800 FAX NO. (optional): 650-314-7899
E-MAIL ADDRESS *(Optional)*: jmelgar@kraw.co
[X] ATTORNEY FOR [X] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF N/A
STREET ADDRESS: 350 West 1st Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: United States District Court - Central District

*FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY*

PLAINTIFF: Producers-Writers Guild of America Pension Plan, et. al.
DEFENDANT: Mammoth Creations, LLC, et. al

CASE NUMBER:
CV 19-3273 FMO (MAAx)

## ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

[X] FULL [ ] PARTIAL [ ] MATURED INSTALLMENT

*FOR COURT USE ONLY*

1. Satisfaction of the judgment is acknowledged as follows:
   a. [X] Full satisfaction
      (1) [X] Judgment is satisfied in full.
      (2) [ ] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date)*:
2. Full name and address of judgment creditor:*
   See Attachment A
3. Full name and address of assignee of record, if any:
   None
4. Full name and address of judgment debtor being fully or partially released:*
   Mammoth Creations, LLC 822 Euclid St., Unit H Santa Monica, CA 9040
   3
5. a. Judgment entered on *(date)*: 01/06/2020
   b. [ ] Renewal entered on *(date)*:
6. [ ] An [ ] abstract of judgment [ ] certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded)*:

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
| --- | --- | --- |

7. [ ] A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify)*:

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: 02/04/2020

*(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)*

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** **A separate notary acknowledgment must be attached for each signature.**